UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:  Jack Dills, Sr. and                                   Case No.: 2014-34108-GMH
        Glenda K. Dills,
                Debtors.                                       Chapter 13

### ***AMENDED NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

Jack Dills, Sr. and Glenda K. Dills have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your Rights May be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

> Clerk of Bankruptcy Court
> 517 E. Wisconsin Avenue
> Room 126
> Milwaukee, WI   53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

Atinsky, Sicula & Teper
Attorney Terry D. Teper
135 W. Wells Street, Suite 604
Milwaukee, WI  53203
Office:    414-271-8100
Facsimile: 414-271-8332

You must also mail a copy to:

> Atinsky, Sicula & Teper
> Attorney Terry D. Teper
> 135 W. Wells Street, Suite 604
> Milwaukee, WI 53203

If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

## REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is

    __X__ **the Debtors;**

    _____ the Chapter 13 Trustee (post-confirmation only);

    _____ the holder of an unsecured claim (Name: _____ )
    (post-confirmation modification only).

2. This is a request to modify a Chapter 13 Plan:

    A. _____ post-confirmation;

    B. __X__ pre-confirmation;

    i. __X__ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b);

    ii. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: Addressing Tax Refunds owed to the plan, plan payments, attorney fees and percentage paid to unsecured creditors.

4. The reason(s) for the modification is/are:   Clarification of plan.

5.     A. _____ The Chapter 13 Plan confirmed or last modified on _____ is modified as follows:

    B. **X** The unconfirmed Chapter 13 Plan, is modified as follows:

1. The debtors will retain any net federal and state tax refunds received during the term of the plan.

***2**. The debtors will increase the plan payments from $139.18 bi-weekly to $209.98 bi-weekly for a term of 60 months.

***3.** The debtors' Attorney fees of $1,500.00 will be paid by Hyatt Legal Services, not through the plan.

***4.** The debtors will pay all general unsecured creditors a pro-rata share of $681.00 or 0.53% whichever is greater.

All remaining terms and provisions of the plan are unaffected unless specifically addressed herein. In the event of a conflict between the original plan and the modification set forth above, the later shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

CERTIFICATION

1. I/We, Jack Dills, Sr. and Glenda K. Dills, the debtor(s) in this case, certify that I/we have reviewed the modification to the Chapter 13 plan proposed in this motion, and I/we authorize my/our attorney to file it with the court.

   __/s/_____          _____3/13/2015
   Debtor:   Jack Dills, Sr.                  Date

   ___/s/_____          _____3/13/2015_____
   Debtor:   Glenda K. Dills                  Date

OR

2. I, Terry D. Teper, attorney for debtor(s) Jack Dills, Sr. and Glenda K. Dills, certify that I have reviewed the modification proposed above with the debtor(s), and that the debtor(s) has/have authorized me to file it with the court.

   /s/   Terry D. Teper                        March 13, 2015
   Counsel for the debtor(s)                   Date

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated at Milwaukee, Wisconsin on March 13, 2015

                                        Atinsky, Sicula & Teper


                                        By:   /s/   Terry D. Teper
                                        Attorney for the Debtors
                                        State Bar No.:   1011093


Atinsky, Sicula & Teper
Attorney Terry D. Teper
135 W. Wells Street, Suite 604
Milwaukee, WI   53203
Office:    414-271-8100
Facsimile: 414-271-8332

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: Jack Dills, Sr. and<br>Glenda K. Dills,<br>Debtors. | Case No.: 2014-34108-GMH<br>Chapter 13<br>CERTIFICATE OF MAILING |

STATE OF WISCONSIN)
                    ) SS
MILWAUKEE COUNTY)

    Nancy L. Nace, being sworn states that on March 13, 2015, mailed properly enclosed in a postpaid envelope, copy of the **Notice and Request to Modify Chapter 13 Plan**, that was filed with the court, to the following named persons at their proper post office address after their respective names:

Jack Dills, Sr.
Glenda K. Dills
3276 N. 46th Street
Milwaukee, WI 53216

**Trustee Mary B. Grossman – via ECF**

**U.S. Bankruptcy Trustee – via ECF**

Subscribed and sworn to before
me this 13th day of March, 2015.

| | |
|---|---|
| /s/<br>Attorney Terry D. Teper<br>Notary Public, State of Wisconsin<br>My commission is permanent. | /s/<br>Nancy L. Nace<br>Atinsky, Sicula & Teper<br>135 W. Wells Street. Suite 604<br>Milwaukee, WI  53203<br>414-271-8100 |