UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: Jack Dills, Sr. and            Case No.: 2014-34108-GMH
Glenda K. Dills,
       Debtors.                     Chapter 13

OBJECTION TO CAPITAL INCOME AND GROWTH FUND, LLC'S
CLAIM #6-1 IN THE AMOUNT OF $209,670.60

NOW COME the above-named Debtors, Jack Dills, Sr. and Glenda K. Dills, by and through their Attorneys, Atinsky, Sicula & Teper, and by Attorney Terry D. Teper, hereby objects to Capital Income and Growth Fund, LLC's Proof of Claim #6-1 in the amount of $209,670.60.

      As grounds for such objection, the Debtors assert as follows:

1.     The claim filed by Capital Income and Growth Fund, LLC's in the amount of $209,670.60 is an improperly filed claim.

      WHEREFORE, the Debtors request that the Court deny Claim #6-1 filed by Capital Income and Growth fund, LLC's in the amount of $209,670.60 and further request that this matter be set for hearing.

      Dated at Milwaukee, Wisconsin this 7th day of April, 2015.

                                           Atinsky, Sicula & Teper

                                           By:    /s/    Terry D. Teper
                                           Attorney for the Debtors
                                           State Bar No.:    1011093

Atinsky, Sicula & Teper
Attorney Terry D. Teper
135 W. Wells Street, Suite 604
Milwaukee, WI 53203
Office:     414-271-8100
Facsimile: 414-271-8332

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Jack Dills, Sr. and
Glenda K. Dills,
        Debtors.

Case No.: 2014-34108-GMH

Chapter 13
CERTIFICATE OF MAILING

STATE OF WISCONSIN)
) SS
MILWAUKEE COUNTY)

Nancy L. Nace, being sworn states that on April 7, 2015, mailed properly enclosed in a postpaid envelope, a copy of an Objection to Capital Income and Growth Fund, LLC's Claim #6-1 in the Amount of $209,670.60**,** that was filed with the court, to the following named person(s) at their proper post office address after their respective names:

Capital Income and Growth fund, LLC
4300 Stevents Creek Blvd.
Suite 275
San Jose, CA   95129

Jack Dills Sr.
Glenda K. Dills
3276 N. 46th Street
Milwaukee, WI   53216

**Trustee Mary B. Grossman - via ECF**

**U.S. Bankruptcy Trustee – via ECF**

Subscribed and sworn to before
me this 7th day of April, 2015.

/s/
Attorney Terry D. Teper
Notary Public, State of Wisconsin
My commission is permanent.

/s/
Nancy L. Nace
Atinsky, Sicula & Teper
135 W. Wells Street. Suite 604
Milwaukee, WI   53203
414-271-8100